# Exhibit 2

STATE OF NEW MEXICO
**MAGGIE TOULOUSE OLIVER**
SECRETARY OF STATE

September 22, 2025

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW-4DON
Washington DC, 20530

Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov

Dear Assistant Attorney General Dhillon:

Please accept this letter as the New Mexico Secretary of State's response to your letter of September 8, 2025, in which you request, on behalf of the United States Department of Justice (DOJ), that you be provided with a copy of New Mexico's statewide voter registration list (VRL) that contains "all fields." To fulfill your request, I will provide in-person or electronic access to a redacted voter file, but before I can provide an unredacted electronic copy of voter records and information in additional fields, I am obligated by law to request further information, communication, and assurances of privacy protection from DOJ.

I want to emphasize at the outset that New Mexico fully complies with all requirements of the National Voter Registration Act (NVRA), Help America Vote Act (HAVA), and the Civil Rights Act (CRA). New Mexico also respects the Attorney General's authority to enforce the "uniform and nondiscriminatory election technology and administration requirements" set out in HAVA and to request information necessary to ascertain New Mexico's compliance with list maintenance requirements in the NVRA.

However, Congress has deliberately and unequivocally left the primary responsibility to manage voter lists to the States. Under New Mexico law, I am required to redact certain information from the voter registration list before it is made available for inspection, including social security numbers, full dates of birth, driver's license numbers, and contact information of participants in the confidential address programs such as victims of domestic violence and public officials. *See* NMSA 1978, § 1-6C-2 (2023); NMSA 1978, § 1-6C-4 (2023); NMSA 1978, § 40-13B-1; NMSA 1978, § 1-1-27.1 (2023); NMSA 1978, § 1-4-18.1 (2015); NMSA 1978, § 1-4-5.5 (2015); NMSA 1978, § 66-2-7.1 (2025). DOJ is not exempted from these requirements. DOJ states in its letter that these provisions are preempted by federal law, but the basis of this assertion is unclear. The NVRA does not require the disclosure of sensitive personal identifying information. HAVA does not contain any inspection provision and thus does not obligate New Mexico to make records available to the DOJ. Finally, the CRA requires a statement of the basis and purpose of accessing a full electronic list of sensitive and confidential personal data. DOJ's letter states as its purpose evaluating New Mexico's compliance with list maintenance requirements in the NVRA, but DOJ has made no attempt to explain why such an evaluation would require the inspection of unredacted private voter information that is otherwise protected by New Mexico law.

Moreover, DOJ's letter does not indicate that New Mexico is under investigation for any specific violation of HAVA or the NVRA. In fact, media reports suggest that the DOJ is seeking the same voter registration list from all 50 States, which certainly undermines the assertion that this information is necessary to a specific investigation involving New Mexico.

I am further concerned about whether DOJ's request complies with the requirements of the Privacy Act of 1974. For purposes of ensuring compliance with this Act, please explain the DOJ's purpose for creating this system of records, why "all fields" are necessary to fulfill this purpose, and how DOJ intends to protect this information against any further dissemination disallowed by the Privacy Act.

As DOJ's letter recognizes, any production of voter registration data is to be "made available for inspection, reproduction, and copying at the principal office of such custodian by the Attorney General or his representative." 52 U.S.C. § 20703. Absent the DOJ's additional citation to relevant authority for the basis for the request for New Mexico's full unredacted electronic voter registration list, we will provide an appropriately redacted list for inspection, reproduction, and copying in the Secretary of State's office in Santa Fe, New Mexico, or electronically.

Sincerely,

*Maggie Toulouse Oliver*

Maggie Toulouse Oliver
New Mexico Secretary of State