# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of the State of New Mexico,<br><br>*Defendants.* | CASE NO:<br><br>[PROPOSED] ORDER COMPELLING PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq.* |

## ORDER TO COMPEL PRODUCTION

Upon the Motion to Compel by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That Maggie Toulouse Oliver, Secretary of State of New Mexico shall produce, pursuant to 52 U.S.C § 20701, et seq., within 5 days of the date of this Order, the New Mexico Statewide Voter Registration List containing the name, date of birth, Driver's license number/state ID or the last 4 digits of the social security number or other HAVA required unique identifier of each registrant as required by HAVA

2. That a copy of this Order be served upon Defendant Maggie Toulouse Oliver, New Mexico Secretary of State, by email and U.S. mail to 325 Don Gaspar, Suite 300, Santa Fe, NM 87501

Entered this ___ day of _____ 2025.

BY THE COURT:

_____