AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

DEC 0 9 2025

**MITCHELL R. ELFERS
CLERK**

THE UNITED STATES OF AMERICA, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. **25 cv 1193 LF/JFR**
)
MAGGIE TOULOUSE OLIVER, in her official capacity )
as the Secretary of State for the State of New Mexico, )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Hon. Maggie Toulouse Oliver
Office of the Secretary of State
325 Don Gaspar Street, Suite 300
Santa Fe, NM 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. David Vandenberg
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street, NE, Room 8.143
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, December 08, 2025

Elizabeth Hernandez
*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-01193 |// 
| DEFENDANT | TYPE OF PROCESS |
| Maggie Toulouse Oliver, in her official capacity as Secretary of State of New Mexico | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Maggie Toulouse Oliver, Office of the Secretary of State

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
325 Don Gaspar Street, Suite 300, Santa Fe, NM 87501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David Vandenberg
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street, NE, RM 8.143
Washington, D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:
[x] PLAINTIFF
[ ] DEFENDANT

*David D. Vandenberg*

TELEPHONE NUMBER: (202) 307-2767
DATE: 12/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 1
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk: *[signature]*
Date: 12/09/25

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maggie Toulouse Oliver, the Secretary of State for New Mexic
was received by me on *(date)* 12/09/25 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sharon Pino , who is designated by law to accept service of process on behalf of *(name of organization)* Maggie Oliver
on *(date)* 12/09/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ .70 for travel and $ 65 for services, for a total of $ 65.70
0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/09/25

_Hakeem Shelby_
Server's signature

Hakeem Shelby DUSM
Printed name and title

106 S. Federal Place, Santa Fe, NM 87501
Server's address

Additional information regarding attempted service, etc: