IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.     Civil No. 25-cv-1193-LF-JFR

**MAGGIE TOULOUSE OLIVER, in her
Official capacity as Secretary of State of
New Mexico,**

    *Defendant.*

## NOTICE OF GOOD STANDING

COMES NOW Intervenor, New Mexico Alliance for Retired Americans, by and through their counsel of record, and hereby notifies the court that, pursuant to D.N.M.LR-CIV 83.3, undersigned counsel is admitted in this Court and has associated with Uzoma N. Nkwonta (D.C. Bar Number 975323), Joshua Abbuhl (D.C. Bar Number 1044782), Omeed Alerasool (D.C. Bar Number 90006578), and Walker McKusick (Washington Bar Number 63205) all of the Elias Law Group, LLP, 250 Massachusetts Ave., NW, Suite 400, Washington, DC 20001, Telephone (202) 968-4490.  These attorneys are all members in good standing of the Bars of the State of Washington and the District of Columbia, have otherwise complied with this court's local rules, and will continue to represent Intervenor in this matter.

        Respectfully submitted,

        DURHAM, PITTARD & SPALDING, L.L.P.

        */s/ Justin R Kaufman*
        Justin R. Kaufman
        Caren I. Friedman
        Molly Samsell
        125 Lincoln Ave., Suite 402

Santa Fe, New Mexico 87501
(888) 998-6688
jkaufman@dpslawgroup.com
cfriedman@dpslawgroup.com
msamsell@dpslawgroup.com

***Attorneys for Intervenor***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of the foregoing has been e-served to all counsel of record on the 16th day of December, 2025, via ECF system electronic service:

_____
Justin R. Kaufman