# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico<br><br>　　Defendant. | Case No. 1:25-cv-01193-LF-JFR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW Defendant Maggie Toulouse Oliver ("Defendant Oliver"), in her official capacity as Secretary of the State of New Mexico, by and through her counsel, Raúl Torrez, Attorney General (by James Grayson, Chief Deputy Attorney General), and hereby moves this Court for an extension of time to respond to Plaintiff's Complaint (Doc. 1).

In support of this motion, Defendant states the following:

1. Defendant Oliver was served with Plaintiff's Complaint on December 9, 2025.

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's Complaint is due December 30, 2025.

3. Counsel's office for Defendant Oliver has conferred with Counsel for Plaintiff who has agreed to a two-week extension for Defendant's response to the Complaint to January 13, 2026.

4. A proposed Order granting the two-week extension of time to respond to the Complaint by January 13, 2026, will be sent to the Court via proposed text.

WHEREFORE, Defendant Oliver prays that the Court grant her Unopposed Motion for Extension of Time, extending the deadline to respond to Plaintiff's Complaint by two weeks to January 13, 2026.

                        Respectfully submitted,

                        **RAÚL TORREZ**
                        **ATTORNEY GENERAL**
                        **NEW MEXICO DEPARTMENT OF JUSTICE**

                        */s/ James Grayson*
                        James Grayson
                        Chief Deputy Attorney General
                        408 Galisteo Street
                        Santa Fe, NM 87501
                        Tel. (505) 490-4060
                        JGrayson@nmdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

                        */s/ James Grayson*
                        James Grayson