IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico<br><br>    Defendant. | Case No. 1:25-cv-01193-LF-JFR |

## JOINT NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to D.N.M.LR-Civ. 7.4(a), Defendant Maggie Toulouse Oliver ("Defendant Oliver"), in her official capacity as Secretary of the State of New Mexico, by and through counsel, Raúl Torrez, Attorney General (by James Grayson, Chief Deputy Attorney General), and Defendant-Intervenor New Mexico Alliance for Retired Americans ("NMARA"), by and through counsel Justin Kaufman, hereby provide the Court with Notice that Defendant Oliver, Defendant-Intervenor NMARA and Plaintiff United States have reached an agreement that the new deadline for Defendant and Defendant-Intervenor to file a Response to Plaintiff's Motion to Compel has been extended to January 13, 2026.

Therefore, all parties have agreed to extend Defendant and Defendant-Intervenor's deadline to file a response to Plaintiff's Motion to Compel to January 13, 2026.

                                                  Respectfully submitted,

                                                  **RAÚL TORREZ**

**ATTORNEY GENERAL**
**NEW MEXICO DEPARTMENT OF JUSTICE**

*/s/ James Grayson*
James Grayson
Chief Deputy Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
JGrayson@nmdoj.gov

*Counsel for Defendant*


**DURHAM, PITTARD & SPALDING, LLP**

*/s/ Justin R. Kaufman*
Justin R. Kaufman
Caren I. Friedman
Molly H. Samsell
DURHAM, PITTARD & SPALDING, LLP
125 Lincoln Avenue, Suite 402
Santa Fe, NM 87501
Telephone: (888) 998-6688
jkaufman@dpslawgroup.com
cfriedman@dpslawgroup.com
msamsell@dpslawgroup.com

*Counsel for Defendant-Intervenor*

**HARMEET K. DHILLON**
**ASSISTANT ATTORNEY GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**

*/s/ David D. Vandenberg*
ERIC NEFF
Acting Chief Voting Section
Civil Rights Division
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street, NE, Room 8.143
Washington, D.C. 20002

Eric.Neff@usdoj.gov  
Timothy.F.Mellett@usdoj.gov  
David.Vandenberg@usdoj.gov  
Tel. (202) 307-2767  
*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/ James Grayson*
James Grayson