## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Civil No. 25-cv-1193-LF-JFR |
| MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico, | |
| *Defendant*, | |
| and | |
| NEW MEXICO ALLIANCE FOR RETIRED AMERICANS, | |
| *Intervenor-Defendant*. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RULE 12 MOTION

The New Mexico Alliance for Retired Americans, through undersigned counsel, hereby moves this Court for an extension of time to file a motion under Rule 12 in response to Plaintiff's Complaint. In support of this Motion, the Alliance states as follows:

1.    Secretary of State Toulouse Oliver ("Defendant") was served with Plaintiff's Complaint on December 9, 2025. *See* Dkt. No. 6.

2.    Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant's response to the Complaint is due December 30, 2025.

3.    The Alliance moved to intervene as a Defendant in this case on December 12, *see* Dkt. No. 7, which the Court granted on December 15, 2025, *see* Dkt. No. 9.

4.      In its Motion to Intervene, the Alliance attached a proposed Answer in compliance with Rule 24(c), *see* Dkt. No. 7-1, but also reserved its right to file a Rule 12 motion on the same timeline set for the Defendant by the Federal Rules or by this Court, *see* Dkt. No. 7 at 1.

5.      On December 17, 2025, the Defendant filed an unopposed motion to extend the timeline for a response to the Complaint to January 13, 2026. *See* Dkt. No. 17.

6.      In order to align any briefing deadlines resulting from the Alliance's forthcoming Rule 12 motion and the Secretary's response to the Complaint, the Alliance now moves to similarly extend its deadline for a Rule 12 motion to January 13, 2026.

7.      Counsel for the Alliance has conferred with counsel for Plaintiff and counsel for Defendant regarding this motion. They informed counsel for the Alliance that Plaintiff and Defendant do not oppose the relief requested in this motion.

8.      Pursuant to D.N.M.LR-Civ. 7.2, a proposed order will be sent to the Court via the Court's preferred procedures.

Dated: December 18, 2025

Respectfully submitted,

_/s/ Uzoma N. Nkwonta_

| | |
|---|---|
| Justin R. Kaufman | Uzoma N. Nkwonta* |
| Caren I. Friedman | Joshua Abbuhl* |
| Molly H. Samsell | Omeed Alerasool* |
| **DURHAM, PITTARD & SPALDING, LLP** | **ELIAS LAW GROUP LLP** |
| 125 Lincoln Avenue, Suite 402 | 250 Massachusetts Ave NW, Suite 400 |
| Santa Fe, NM 87501 | Washington, DC 20001 |
| Telephone: (888) 998-6688 | Telephone: (202) 968-4490 |
| jkaufman@dpslawgroup.com | unkwonta@elias.law |
| cfriedman@dpslawgroup.com | jabbuhl@elias.law |
| msamsell@dpslawgroup.com | oalerasool@elias.law |

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
wmckusick@elias.law

* Appearance by association pursuant to
D.N.M.LR-Civ. 83.3(a).

_Counsel for Intervenor-Defendant New Mexico Alliance for Retired Americans_

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, pursuant to Local Rule 7.1(b), that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta