# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico

    Defendant.

Case No. 1:25-cv-01193-LF-JFR

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THE COURT, having before it Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 17), being fully apprised of the premises, and noting no opposition from the Plaintiff, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendant's Motion for Extension of Time to Respond to Complaint is granted and that the deadline to respond to Plaintiff's Complaint is extended by two weeks to January 13, 2026.

_____
HONORBLE JOHN F. ROBBENHAAR
U.S. MAGISTRATE JUDGE

**APPROVED BY:**

**RAÚL TORREZ**
**ATTORNEY GENERAL**
**NEW MEXICO DEPARTMENT OF JUSTICE**

*/s/ Approved 12/16/25, James Grayson*
James Grayson
Chief Deputy Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
JGrayson@nmdoj.gov


**HARMEET K. DHILLON**
**ASSISTANT ATTORNEY GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**

 */s/ Approved 12/16/25, David D. Vandenberg*
ERIC NEFF
Acting Chief, Voting Section
Civil Rights Division
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street, NE, Room 8.143
Washington, D.C. 20002
Eric.Neff@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*