# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>　　*Defendant*,<br><br>and<br><br>NEW MEXICO ALLIANCE FOR RETIRED AMERICANS,<br><br>　　*Intervenor-Defendant*. | Civil No. 25-cv-1193-LF-JFR |

## ORDER GRANTING INTERVENOR-DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RULE 12 MOTION

Upon consideration of the Motion for Extension of Time to File Rule 12 Motion filed by Intervenor-Defendant New Mexico Alliance for Retired Americans, the Court finds good cause and hereby **GRANTS** the motion. It is **ORDERED** that any motion under Rule 12 shall be filed by the Intervenor-Defendant by January 13, 2026.

**IT IS SO ORDERED.**

Dated: December 19, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. John F. Robbenhaar
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge,
　　　　　　　　　　　　　　　　　　　　District of New Mexico

**Submitted by:**

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Joshua Abbuhl*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jabbuhl@elias.law
oalerasool@elias.law

Walker McKusick*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
wmckusick@elias.law

*\* Appearance by association pursuant to
D.N.M.LR-Civ. 83.3(a).*

Justin R. Kaufman
Caren I. Friedman
Molly H. Samsell
**DURHAM, PITTARD & SPALDING, LLP**
125 Lincoln Avenue, Suite 402
Santa Fe, NM 87501
Telephone: (888) 998-6688
jkaufman@dpslawgroup.com
cfriedman@dpslawgroup.com
msamsell@dpslawgroup.com

**Approved by:**

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ David Vandenberg*
MAUREEN S. RIORDAN
Acting Chief, Voting Section
TIMOTHY F. MELLETT
David Vandenberg

Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Telephone: (771)333-0028
Email: David.vandenberg@usdoj.gov


RAÚL TORREZ
ATTORNEY GENERAL
NEW MEXICO DEPARTMENT OF JUSTICE

*/s/ James Grayson*

James Grayson
Chief Deputy Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
JGrayson@nmdoj.gov