# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>                      Defendant. | No. 1:25-cv-01193-LF-JFR |

## ERRATA

Common Cause, Claudia Medina, and Justin Allen (collectively, "Proposed Intervenors") file this errata to correct a mistake in their December 18, 2025 filing. Proposed Intervenors mistakenly reflected that Defendant had not yet been served in their Local Rule 7.1 certificate. Having learned that Defendant has been served and appeared, Proposed Intervenors sought Defendant's position on intervention, and counsel confirmed that Defendant, too, is unopposed to intervention.

Dated: December 19, 2025

Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(347) 714-1530
mkeenan@aclu.org

Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org

Respectfully submitted,

/s Maria Martinez Sanchez
slakin@aclu.org
Maria Martinez Sanchez
American Civil Liberties Union Foundation of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
msanchez@aclu-nm.org

* application for admission pro hac vice forthcoming

*Counsel for Intervenor Defendants Common Cause, Claudia Medina, and Justin Allen*

1