IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>                Defendant. | Case No. 1:25-cv-1193 (LF) (JFR) |

**DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF AND INCORPORATED BRIEF IN SUPPORT**

      The Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae. The DNC is the oldest continuing party committee in the United States, and its purposes and functions are to communicate the Democratic Party's position on issues, protect voters' rights, and aid the election of Democratic candidates nationwide, including by organizing citizens to register to vote and cast ballots in favor of Democratic candidates.

      This Court should exercise its discretion to allow the DNC to file an amicus brief. This Court has the "inherent authority to appoint *amici curiae* to assist it in a proceeding." *E.g.*, *United States v. Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987). Although the Federal Rules of Civil Procedure have no specific procedure for amicus briefs in federal district courts, courts may look to the Federal Rules of Appellate Procedure for guidance. *See United States v. Bd. of Cnty. Comm'rs*, 184 F. Supp. 3d 1097, 1115 (D.N.M. 2015); *Wildearth Guardians v. Lane*, No. 1:12-cv-118, 2012 WL 10028647, at *2 (D.N.M. June 20, 2012); *see also* Fed. R. App. P. 29(b)(2); *cf.* S. Ct. R. 37. Applying these principles, courts may accept an amicus brief where the proposed

amicus has "expertise . . . that will aid the Court in determining the issues before it." *Legacy Church, Inc. v. Kunkel*, 472 F. Supp. 3d 926, 936 (D.N.M. 2020), *aff'd*, 853 F. App'x 316 (10th Cir. 2021) (unpub); *see also Bd. of Cnty. Comm'rs*, 184 F. Supp. 3d at 1115 (additional considerations). Ultimately, this Court has "broad discretion in allowing participation as *amicus curiae*." *Wildearth Guardians*, 2012 WL 10028647, at *1.

In this case, the U.S. Department of Justice demands a copy of the State of New Mexico's complete, unredacted voter file, which includes the personally identifying information of more than 570,000 registered Democrats, including Social Security numbers and driver's license numbers. This demand forces registered Democrats to choose between democratic participation and data privacy. Conditioning the right to vote on the release of private information "creates an intolerable burden on that right." *Project Vote/Voting for America, Inc. v. Long*, 682 F.3d 331, 339 (4th Cir. 2012). In turn, the DNC has a significant protectable interest in the success of Democratic candidates, and pressure on citizens who favor Democratic candidates to avoid registration or to remove themselves from the voter rolls would impose an intolerable burden on that interest. *See, e.g.*, *Paher v. Cegavske*, No. 3:20-cv-243, 2020 WL 2042365, at *3 (D. Nev. Apr. 28, 2020).

The DNC also offers substantial expertise concerning the statutes at issue: Title III of the Civil Rights Act of 1960 (Title III), 52 U.S.C. §§ 20701-06, the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. §§ 20501-11, and the Help America Vote Act of 2002 (HAVA), 52 U.S.C. §§ 20901-21145. The DNC routinely litigates matters under both the NVRA and HAVA. *See, e.g.*, *Republican Nat'l Comm. v. N.C. State Bd. of Elections*, No. 5:24-cv-547 (E.D.N.C.) (HAVA); *Mi Familia Vota v. Fontes*, No. 2:22-cv-509 (D. Ariz.) (NVRA). More broadly, the DNC regularly works with state election officials to ensure that elections are conducted in a free,

fair, and lawful manner and relies on the document retention requirements at the heart of Title III. *See also, e.g.*, Order, *United States v. Oregon*, No. 6:25-cv-1666 (D. Or. Nov. 21, 2025), ECF No. 38 (granting DNC leave to file amicus brief in related case).

The DNC respectfully requests that this Court grant it leave to file an amicus brief in this matter. Pursuant to Local Rule 7.1(a), the DNC has met and conferred with the existing parties concerning this motion. The United States takes no position on the motion. Secretary Toulouse Oliver is unopposed to the motion. The New Mexico Alliance for Retired Americans and Common Cause Intervenors consent to the motion. A proposed amicus brief is attached hereto.

Dated: January 14, 2026                                        Respectfully submitted,

*/s/ Gretchen Elsner*                                          */s/ Daniel J. Freeman*
Gretchen Elsner                                                 Daniel J. Freeman*
Elsner Law and Policy LLC                                       Democratic National Committee
314 S. Guadalupe Street, Suite 123                              430 South Capitol Street SE
Santa Fe, NM 87501                                              Washington, DC 20003
(505) 303-0980                                                  (202) 863-8000
gretchen@elsnerlaw.org                                          freemand@dnc.org

                                                                * Application for Admission Pro Hac Vice
                                                                   Forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

                                          Respectfully submitted,

                                          */s/ Gretchen Elsner*
                                          Gretchen Elsner