IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.                                                  Civ. No. 25-1193  LF/JFR

MAGGIE TOULOUSE OLIVER, in her
Official Capacity as Secretary of State of
New Mexico,

      Defendant,

    and

NEW MEXICO ALLIANCE FOR RETIRED
AMERICANS, COMMON CAUSE, CLAUDIA
MEDINA, and JUSTIN ALLEN,

      Intervenor Defendants.

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*. On December 2, 2025, Plaintiff filed its Complaint against Defendant Secretary of State Toulouse Oliver alleging she failed to produce requested voting records in violation of the Civil Rights Act of 1960, 52 U.S.C. § 20703. Doc. 1. On the same date Plaintiff filed a Motion to Compel requesting this Court compel Secretary of State Toulouse Oliver to produce the documents identified in the Attorney General's written demand, and at issue in Plaintiff's Complaint, pursuant to Secretary of State Toulouse Oliver's alleged violation of the Civil Rights Act. Doc. 2. On December 15, 2025, Intervenor Defendant New Mexico Alliance for Retired Americans, with leave of the Court, entered an appearance. Docs. 9, 10. On December 22, 2025, Intervenor Defendants Common Cause, Claudia Medina, and Justin Allen, with leave of the Court, entered their appearances. Docs. 25, 27. Entries of

appearance on behalf of Defendant Secretary of State Toulouse Oliver were entered on December 29, 2025. Docs. 28-30. On January 13, 2026, Intervenor Defendant New Mexico Alliance for Retired Americans filed a Motion to Dismiss for Failure to State a Claim (Doc. 32); Intervenor Defendants Common Cause, Claudia Medina, and Justin Allen filed a Motion to Dismiss for Failure to State a Claim (Doc. 34); and Defendant Secretary of State Toulouse Oliver filed a Motion to Dismiss for Failure to State a Claim (Doc. 35).

Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order at this time pending resolution of Plaintiff's pending Motion to Compel and Defendant's and Intervenor Defendants' dispositive motions.

**IT IS SO ORDERED.**

**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**