IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>　　　　　Defendant. | Case No. 1:25-cv-1193 (LF) (JFR) |

### ENTRY OF APPEARANCE ON BEHALF OF

### AMICUS CURIAE THE DEMOCRATIC NATIONAL COMMITTEE

　　　Elsner Law & Policy, LLC (Gretchen Elsner) enters an appearance on behalf of Amicus Curiae The Democratic National Committee.

Dated: January 14, 2026　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　*/s/ Gretchen Elsner*
　　　　　　　　　　　　　　　　　　　　　Gretchen Elsner
　　　　　　　　　　　　　　　　　　　　　Elsner Law and Policy LLC
　　　　　　　　　　　　　　　　　　　　　314 S. Guadalupe Street, Suite 123
　　　　　　　　　　　　　　　　　　　　　Santa Fe, NM 87501
　　　　　　　　　　　　　　　　　　　　　(505) 303-0980
　　　　　　　　　　　　　　　　　　　　　gretchen@elsnerlaw.org