IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>                    Defendant. | No. 1:25-cv-01193-LF-JFR |

**NOTICE OF SUPPLEMENTAL AUTHORITY OF
INTERVENOR-DEFENDANTS COMMON CAUSE,
CLAUDIA MEDINA, AND JUSTIN ALLEN**

As explained in Intervenor-Defendants' briefing, this lawsuit is one of twenty-four that the United States has filed against states and elections officials, demanding the production of states' full and unredacted voter files. On January 15, 2026, the U.S. District Court for the Central District of California entered an order in one of those cases—*United States v. Weber*—denying Plaintiffs' motion to compel, and granting Defendants and Intervenors' motions to dismiss the United States' complaint without leave to amend. *See United States v. Weber*, No. 2:25-cv-09149-DOC-ADS, ECF No. 128 (Jan. 15, 2026). That order is attached as Exhibit 1.

In denying the motion to compel, the district court held that "Title III cannot transform an election records request by the federal government from an ordinary civil action into an action comparable to an order to show cause." Ex. 1 at 13. And in dismissing the complaint for failure to state a claim, the court explained that "DOJ's Title III claims must be dismissed because the DOJ's proffered statement and purpose, as required under the statute, is both lacking in depth and is contrived." *Id.* The Court further determined that the Title III claims would also fail because DOJ's request for sensitive voter data "violates a plethora of federal privacy laws including

1

the Privacy Act, E-Government Act, and Driver's Privacy Protection Act." *Id.* at 27. Finally, the court determined that "leave to amend would be futile," because "the DOJ's request violates federal privacy laws." *Id.* at 33.

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully submitted, |
| | /s Maria Martinez Sanchez |
| Megan C. Keenan* | Maria Martinez Sanchez |
| American Civil Liberties Union Foundation | American Civil Liberties Union Foundation of New Mexico |
| 915 15th Street NW | P.O. Box 566 |
| Washington, DC 20005 | Albuquerque, NM 87103 |
| (347) 714-1530 | (505) 266-5915 |
| mkeenan@aclu.org | msanchez@aclu-nm.org |
| | |
| Theresa J. Lee* | |
| Sophia Lin Lakin* | |
| American Civil Liberties Union Foundation | * *application for admission pro hac vice forthcoming* |
| 125 Broad Street, 18th Floor | |
| New York, NY 10004 | |
| (212) 549-2500 | |
| tlee@aclu.org | |
| slakin@aclu.org | |

*Counsel for Intervenor-Defendants Common Cause,
Claudia Medina, and Justin Allen*

2

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 15, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.

               <u>/s Maria Martinez Sanchez</u>
               Maria Martinez Sanchez