IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>       Defendant. | No. 1:25-cv-01193-LF-JFR |

**MOTION TO WITHDRAW MEGAN C. KEENAN AS COUNSEL**

  Intervenor-Defendants Common Cause, Claudia Medina, and Justin Allen respectfully request leave to withdraw Megan C. Keenan as counsel. Ms. Keenan is leaving her current position at the American Civil Liberties Union Foundation on January 29, 2026. Intervenor-Defendants will continue to be represented by attorney Maria Martinez Sanchez at the American Civil Liberties Union Foundation of New Mexico, as well as attorneys Will Hughes, Ethan Herenstein, Theresa J. Lee, and Sophia Lin Lakin at the American Civil Liberties Union Foundation.

  In accordance with Local Civil Rule 83.8(b), any objections to this motion to withdraw must be served and filed within fourteen (14) days from date of service of the motion, and failure to object within this time constitutes consent to grant the motion.

Dated: January 29, 2026

Will Hughes*
Ethan Herenstein*
Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Respectfully submitted,

*/s Maria Martinez Sanchez*
Maria Martinez Sanchez
American Civil Liberties Union Foundation of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
msanchez@aclu-nm.org

1

(212) 549-2500
whughes@aclu.org
eherenstein@aclu.org
tlee@aclu.org
slakin@aclu.org

*motions for pro hac vice admission pending*

*Counsel for Intervenor-Defendants Common Cause, Claudia Medina, and Justin Allen*

    I HEREBY CERTIFY that a copy of the foregoing pleading was served upon all counsel of record via the CM/ECF system on this 29th day of January, 2026.

                                        ***/s/ Maria Martinez Sanchez***
                                        Maria Martinez Sanchez