IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff,*

      v.                                            No. 1:25-cv-01193-JCH-JFR

MAGGIE TOULOUSE OLIVER, in her
official capacity as the Secretary of State
of New Mexico,

      *Defendant.*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

      Trial Attorney for the United States, David D. Vandenberg, moves the Court to withdraw as counsel of record in the above-styled matter.  Attorney Vandenberg requests that all pleadings, orders, notices, and other documents in this matter not be directed to him.

      Attorney Vandenberg has been assigned to other matters within the Civil Rights Division of the U.S. Department of Justice; Attorneys Bennett and Gardner will continue to represent the United States.

      Defense attorneys for the various parties have been consulted, and no opposition has been noted.

Dated:  January 30, 2026

                                                        Respectfully submitted,

                                                            HARMEET K. DHILLON
                                                             Assistant Attorney General
                                                             Civil Rights Division

                                                            ERIC NEFF
                                                            Acting Chief, Voting Section

                                                            */s/David D. Vandenberg*
                                                           BRITTANY BENNETT
                                                           CHRISTOPHER GARDNER
                                                           DAVID D. VANDENBERG

Trial Attorneys
U.S. Department of Justice
Civil Rights Division
150 M Street, NE, 4CON
Washington, D.C.  20002
Brittany.Bennett@usdoj.gov
Christopher.Gardner@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ David D. Vandenberg*
David D. Vandenberg
