# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>  Defendant. | Case No. 1:25-cv-01193-JCH-JFR |

## NOTICE OF CERTIFICATION IN SUPPORT OF ASSOCIATION WITH OUT-OF-DISTRICT COUNSEL UNDER L.R.-CIV. 83.3

Pursuant to D.N.M. LR-Civ. 83.3(a), Mark T. Baker of Peifer, Hanson Mullins & Baker, P. A., a member of the Federal Bar of this District, certifies the following:

1. Daniel M. Kobrin is a member in good standing of the Bar of the State of Maryland;

2. Mr. Kobrin will practice in this case in accordance with D.N.M. LR-CIV 83.2; and

3. Undersigned local counsel signed proposed Amicus Curae State of Maryland's first pleading, will accept service, and will continue in the action unless another New Mexico Federal District Court bar member is substituted.

Contact information for Mr. Kobrin is as follows:

Daniel M. Kobrin
MARYLAND OFFICE OF THE ATTORNEY GENERAL
200 Saint Paul Plaza, 20th Floor
Baltimore, MD 21202
Phone Number: (410) 576-6472

Fax Number: N/A
Email Address: dkobrin@oag.maryland.gov

In conformance with D.N.M.LR-Civ. 83.3(a), $100 total has been paid for Mr. Kobrin to appear in this case.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
     Mark T. Baker
20 First Plaza, Suite 725 / PO Box 24245
Albuquerque, NM 87102-5245
Tel:   (505) 247-4800
Fax:   (505) 243-6458
Email:  mbaker@peiferlaw.com

*Attorneys for Proposed Amicus Curiae
State of Maryland*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2026, the foregoing Certificate was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Mark T. Baker*
     Mark T. Baker