IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,<br><br>                           Defendant. | No. 1:25-cv-01193-JCH-JFR |

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Intervenor-Defendants Common Cause, Claudia Medina, and Justin Allen, and pursuant to D.N.M.LR-Civ. 7.4(e), hereby certifies that briefing has been completed as to the following in this matter:

1. Motion to Dismiss of Intervenor-Defendants Common Cause, Claudia Medina, and Justin Allen filed January 13, 2026 [Doc. 34];

2. Consolidated Opposition to Motions to Dismiss filed January 27, 2026 [Doc. 51]; and

3. Reply in Support of Motion to Dismiss of Intervenor-Defendants Common Cause, Claudia Medina, and Justin Allen filed February 10, 2026 [Doc. 76].

Dated: February 10, 2026

Theresa J. Lee*
William Hughes*
Ethan Herenstein*
Sophia Lin Lakin*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Respectfully submitted,

/s/ Maria Martinez Sanchez
Maria Martinez Sanchez
American Civil Liberties Union
Foundation of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
msanchez@aclu-nm.org

*admitted pro hac vice

tlee@aclu.org
whughes@aclu.org
eherenstein@aclu.org
slakin@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.

/s/ Maria Martinez Sanchez
Maria Martinez Sanchez