IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　*Plaintiff*,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico,<br><br>　*Defendant*,<br><br>and<br><br>NEW MEXICO ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, CLAUDIA MEDINA, and JUSTIN ALLEN,<br><br>　*Intervenor Defendants*. | Case No. 1:25-cv-01193-JCH-JFR |

**NOTICE OF COMPLETION OF BRIEFING**

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendant Secretary of State of New Mexico, Maggie Toulouse Oliver, hereby notifies the Court that briefing has concluded on Defendant Secretary of State's Motion to Dismiss. The briefing consists of the following:

　　Defendant Secretary of State's Motion to Dismiss, Dkt. No. 35, filed January 13, 2026;

　　Plaintiff's Consolidated Response in Opposition to Defendant Secretary of State's Motions to Dismiss, Dkt. No. 51, filed January 27, 2026, and

Defendant Secretary of State's Reply in support of her Motion to Dismiss, Dkt. No. 80, filed February 10, 2026.

Briefing is now complete, and Defendant Secretary of State's Motion to Dismiss is ripe for decision.

Respectfully submitted,

**NEW MEXICO DEPARTMENT OF JUSTICE**

*/s/ Anjana Samant*
James Grayson
Chief Deputy Attorney General
Anjana Samant
Deputy Counsel
Bailey Quinn Colfax
Olivia den Dulk
Assistant Attorneys General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
bcolfax@nmdoj.gov
odendulk@nmdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 10th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which caused all counsel of record to be electronically served.

                                              */s/ Anjana Samant*
                                              Anjana Samant