IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,

    Defendant.

Case No. 1:25-cv-01193-JCH-JFR

### ORDER GRANTING LEAVE TO FILE AMICUS BRIEF BY BIPARTISAN FORMER SECRETARIES OF STATE NATIONWIDE

THIS MATTER came before the Court on the Motion for Leave to File Brief of Bipartisan Former State Secretaries of State Nationwide as Amici Curiae in Support of Defendant's Motion to Dismiss. ECF No. 52 ("Motion"). The Court, having considered the Motion, briefing, and being otherwise fully informed, finds the Motion is well-taken and should be GRANTED.

THEREFORE, these Amici Curiae—the Bipartisan Former State Secretaries of State Nationwide from Colorado, Connecticut, Idaho, Minnesota, Nebraska, Oregon, Pennsylvania, and Washington—are granted leave to submit a brief as amici curiae supporting the defendant in this matter.

The proposed amicus brief, attached as an exhibit to the Motion, is to be filed on the docket within five workdays from the date of entry of this Order. *See* ECF No. 52-1.

_____
SENIOR UNITED STATES DISTRICT JUDGE