IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 1:25-cv-01193-JCH-JFR

MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico,

    Defendant.

**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF BY
SEVENTEEN STATES AND THE DISTRICT OF COLUMBIA**

THIS MATTER came before the Court on Seventeen States and the District of Columbia's Motion for Leave to File Amicus Brief. ECF No. 70 ("Motion"). The Court, having considered the Motion, briefing, and being otherwise fully informed, finds the Motion is well-taken and should be GRANTED.

Therefore, these Amici Curiae—the States of Maryland, Arizona, California, Colorado, Delaware, Hawai'i, Illinois, Maine, Michigan, Minnesota, Nevada, New Jersey, New York, Rhode Island, Oregon, Vermont, and Washington and the District of Columbia—are granted leave to submit a brief as amici curiae supporting the defendant in this matter.

The Brief of Amici Curiae, which was included as Exhibit A to the Motion, is to be filed on the docket within five workdays from the date of entry of this Order. *See* ECF No. 70 at 5-34.

                                                            SENIOR UNITED STATES DISTRICT JUDGE