# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

## Status Conference

| | | | |
|---|---|---|---|
| CV No: | 25-1193-JCH | Date: | March 10, 2026 |

| | |
|---|---|
| Caption: | USA v. Toulouse Oliver |

| | | | | | |
|---|---|---|---|---|---|
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister | Hearing in: | Brazos |
| Time In: | 11:01 a.m. | Time Out: | 11:15 a.m. | Total Time: | 14 minutes |

| | |
|---|---|
| Court's Ruling/Disposition: | Court will schedule the motions hearing on the pending motions to dismiss for the week of April 20, 2026 |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christopher Gardner (by Zoom)<br>Raymond Yang (by Zoom) | Anjana Samant (in person)<br><br>For Intervenor Defendant NM Alliance for Retired Americans:<br>Joshua Abbuhl (by Zoom)<br>Molly Samsell (by Zoom)<br>Uzoma Nkwonta (by Zoom)<br><br>For Intervenor Defendants Common Cause, Claudia Medina and Justin Allen:<br>Maria Sanchez (by Zoom)<br>Theresa Lee (by Zoom)<br>William Hughes (by Zoom)<br><br>For Amicus Democratic National Committee:<br>Daniel Freeman (by Zoom) |

### PROCEEDINGS

Court in session, Court confirms parties appearing in person and by Zoom. Court indicates she called this hearing to discuss a hearing date for the pending Motions to Dismiss and wanted to check with all parties to find a date that would not have to be rescheduled. After consultation with the parties, Court advises that she will schedule the hearing during the week of April 20, 2026 and will allot the entire day for the hearing. Court advises she will allocate time for the plaintiff and defendant to argue and will allow intervenors to address any arguments that might be missed but will not hear from any amicus unless an issue is flagged during the hearing.