AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01193-JCH-JFR |
| Maggie Toulouse Oliver | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                            .

Date:     03/30/2026

/s/ James Thomas Tucker
*Attorney's signature*

James Thomas Tucker (D.C. 90010157)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section 950
Pennsylvania Ave. NW, 4CON 8.923
Washington, DC 20530
*Address*

james.t.tucker@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*