**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE JUDITH C. HERRERA**

**Motion Hearing**

| | | | |
|---|---|---|---|
| *CV No:* | 25-1193-JCH-JFR | *Date:* | April 21, 2026 |

| | |
|---|---|
| *Caption:* | United States v. Toulouse Oliver |

| | | | | | |
|---|---|---|---|---|---|
| *Clerk:* | Linda Romero | *Court Reporter:* | Carmela McAlister | *Hearing in:* | Brazos |

| | | | | | |
|---|---|---|---|---|---|
| *Time In:* | 9:33 a.m. | *Time Out:* | 11:58 a.m. | *Total Time:* | 2 hours, 25 minutes |

| | |
|---|---|
| *Court's Ruling/Disposition:* | Court takes under advisement:<br>Doc. 35, Motion to Dismiss filed by Defendant Maggie Toulouse Oliver;<br>Doc. 32, Motion to Dismiss filed by Intervenor Defendant New Mexico Alliance for Retired Americans; and<br>Doc. 34, Motion to Dismiss filed by Intervenor Defendants Common Cause, Claudia Medina, and Justin Allen |

| *Attorney(s) Present for Plaintiff United States of America:* | *Attorney(s) Present for Defendant Maggie Toulouse Oliver:* |
|---|---|
| James T. Tucker, Emil Kiehne, John Casali | Anjana Samant, Olivia Den Dulk |
| | *Attorney(s) Present for Intervenor Defendant New Mexico Alliance for Retired Americans:* |
| | Joshua Abbuhl, Molly Samsell, Uzoma Nkwonta |
| | *Attorney(s) Present for Intervenor Defendants Common Cause, Claudia Medina, Justin Allen:* |
| | William Hughes, Theresa Lee, Maria Martinez Sanchez |

## PROCEEDINGS

Court in session, parties state their appearances.

Anjana Samant argues in support of defendant Secretary of State's Motion to Dismiss (Doc. 35). Court questions Ms. Samant. William Hughes argues in support of intervenor defendant Common Cause's Motion to Dismiss (Doc. 34). Joshua Abbuhl argues in support of the intervenor defendant New Mexico Alliance for Retired Americans' Motion to Dismiss (Doc. 32).

James Tucker responds to all arguments. Court questions Mr. Tucker.

Ms. Samant replies in support of defendant Secretary of State's Motion to Dismiss (Doc. 35). Mr. Hughes replies in support of intervenor defendant Common Cause's Motion to Dismiss (Doc. 34). Mr. Abbuhl replies in support of intervenor defendant New Mexico Alliance for Retired Americans Motion to Dismiss (Doc. 32).

Court takes the motions under advisement.