**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

MAGGIE TOULOUSE OLIVER, in her
Official capacity as Secretary of State of New
Mexico,

        *Defendant*,

and

NEW MEXICO ALLIANCE FOR RETIRED
AMERICANS, COMMON CAUSE,
CLAUDIA MEDINA, and JUSTIN ALLEN,

        *Intervenor Defendants*.

Case No. 1:25-cv-01193-JCH-JFR

**DEFENDANT NEW MEXICO SECRETARY OF STATE MAGGIE TOULOUSE
OLIVER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

At this Court's Hearing on the Motions to Dismiss on April 21, 2026, counsel for the United States stated that "[t]his is an individualized state-by-state assessment" such that "[w]hen the United States gets the data, the data's compartmentalized for each state and separate from each other state." Apr. 21, 2026 Hr'g Tr. 65:14–17. Counsel also stated: "In terms of people and personnel in the Civil Rights Division who have access to those records, it's very light." *Id.* at 65:18–19. Counsel represented that "certainly there have been no instances in which any of the data, any information that's been provided to the United States, has been used in violation of a court order or the Privacy Act." *Id.* at 66:22–25. In response, counsel for Secretary Toulouse Oliver explained that at a hearing in parallel litigation seeking Rhode Island's statewide voter registration

1

list, *United States v. Amore*, No. 1:25-cv-00639 (D.R.I. Mar. 26, 2026), counsel for the United States "already represented" that it is "using the data and running it through systems that are not housed within the Department of Justice." Apr. 21, 2026 Hr'g Tr. 81:4–7. Counsel for Secretary Toulouse Oliver offered to provide this Court with a copy of that transcript. *Id.* at 81:2–3. Accordingly, Secretary Toulouse Oliver respectfully submits a transcript excerpt from the Rhode Island hearing, attached as Exhibit 1.

At that hearing, in response to a question about the steps that the DOJ has taken with the data that the DOJ has in its possession from other states, counsel for the United States, stated: "[W]e are certainly going to be proceeding with running this, our intention is to run this against DHS's SAVE database." Ex. 1 at 50:21–23. Counsel further explained that the SAVE database is "a fetching system that seeks information from other databases to cross-check whether the data set on a roll is either a deceased person or a noncitizen." *Id.* at 51:1–4. These statements contradict representations from counsel for the United States at the Hearing in this case.

Dated: April 29, 2026                                Respectfully Submitted,

                                                    **RAÚL TORREZ**
                                                    **ATTORNEY GENERAL**
                                                    **NEW MEXICO DEPARTMENT OF**
                                                    **JUSTICE**

                                                    */s/ Olivia den Dulk*
                                                    James Grayson
                                                    Chief Deputy Attorney General
                                                    Anjana Samant
                                                    Deputy Counsel for Impact Litigation
                                                    Olivia den Dulk
                                                    Bailey Quinn Colfax
                                                    Assistant Attorneys General
                                                    408 Galisteo Street

Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
odendulknmdoj.gov
bcolfax@nmdoj.gov

*Counsel for Defendant Secretary*
*Maggie Toulouse Oliver*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/ Olivia den Dulk*
Olivia den Dulk

3