**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

MAGGIE TOULOUSE OLIVER, in her
Official capacity as Secretary of State of New
Mexico,
        *Defendant*,

and

NEW MEXICO ALLIANCE FOR RETIRED
AMERICANS, COMMON CAUSE,
CLAUDIA MEDINA, and JUSTIN ALLEN,

        *Intervenor Defendants*.

Case No. 1:25-cv-01193-JCH-JFR

**DEFENDANT NEW MEXICO SECRETARY OF STATE MAGGIE TOULOUSE
OLIVER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D.N.M.LR-Civ. 7.8, Defendant Secretary of State Maggie Toulouse Oliver respectfully submits as supplemental authority the two attached decisions in analogous litigation filed by Plaintiff United States in the District Courts of Maine and Wisconsin.

In *United States v. Bellows*, No. 1:25-cv-00468 (D. Me.), Judge Walker granted Defendants' Motions to Dismiss and denied Plaintiff's Motion for Order to Show Cause, ultimately dismissing the Complaint. *See* Order, attached as Ex. A, at 2. As here, the United States in that suit alleged a claim under Title III of the Civil Rights Act of 1960 against the State of Maine and the Secretary of State of Maine to compel production of Maine's statewide unredacted voter registration list.

1

As relevant to the pending Motions to Dismiss in this matter, *see* Dkt. Nos. 32 at 8–14; 34 at 10–15; and 35 at 12–17, Judge Walker held that "the United States' stated purpose for its request is insufficient" because voter list maintenance is not among the purposes that may support a Title III records demand. Ex. A at 14. In support, Judge Walker emphasized that the Help America Vote Act and the National Voter Registration Act are clear: "each individual state, and not the U.S. Department of Justice, is the master of its voter list, entrusted with its administration and maintenance." Ex. A at 16. Judge Walker separately held that the United States also could not use Title III to compel production of Maine's voter registration list "because it is not a record that comes into the possession of state officials, but is instead the product of the labors of state officials." Ex. A at 14.

Also today, Judge Peterson dismissed on similar grounds the United States' Complaint "with prejudice and without leave to amend" in *United States v. Wisconsin Elections Commission*, No. 3:25-cv-01036 (D. Wis. May 21, 2026). *See* Opinion and Order, attached as Ex. B, at 10. This brings the total to eight district courts that have dismissed the United States' complaints in these cases.

Dated: May 21, 2026                          Respectfully Submitted,

                                             **RAÚL TORREZ**
                                             **ATTORNEY GENERAL**
                                             **NEW MEXICO DEPARTMENT OF**
                                             **JUSTICE**

                                             */s/ Bailey Quinn Colfax*
                                             James Grayson
                                             Chief Deputy Attorney General
                                             Anjana Samant
                                             Deputy Counsel for Impact Litigation
                                             Bailey Quinn Colfax
                                             Olivia den Dulk

2

Assistant Attorneys General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
bcolfax@nmdoj.gov
odendulknmdoj.gov

*Counsel for Defendant Secretary*
*Maggie Toulouse Oliver*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/Bailey Quinn Colfax*
Bailey Quinn Colfax

3