**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

MAGGIE TOULOUSE OLIVER, in her
Official capacity as Secretary of State of New
Mexico,

        *Defendant*,

and

NEW MEXICO ALLIANCE FOR RETIRED
AMERICANS, COMMON CAUSE,
CLAUDIA MEDINA, and JUSTIN ALLEN,

        *Intervenor Defendants*.

Case No. 1:25-cv-01193-JCH-JFR

**DEFENDANT NEW MEXICO SECRETARY OF STATE MAGGIE TOULOUSE
OLIVER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D.N.M.LR-Civ. 7.8, Defendant Secretary of State Maggie Toulouse Oliver

respectfully submits as supplemental authority to her Motion to Dismiss, Dkt. No. 35, the attached

decision in analogous litigation filed by Plaintiff United States in the District of Maryland. There,

Judge Gallagher granted Defendants' Motions to Dismiss and denied the United States' Motion to

Compel, ultimately dismissing the Complaint with prejudice. *See* Memorandum Opinion, *United

States v. DeMarinis*, No. 1:25-cv-03934 (D. Md. June 18, 2026) attached as Ex. A, at 10. As here,

the United States in that suit alleged a single claim under Title III of the Civil Rights Act of 1960

against the State Administrator of Elections for the State of Maryland to compel production of

Maryland's statewide voter registration list.

1

In the opinion, Judge Gallagher first concluded that the Federal Rules of Civil Procedure apply to the case. Ex. A at 6. Second, Judge Gallagher held that Maryland's statewide voter list is not a "record or paper" that the United States is authorized to request and that Maryland must produce under Title III. *Id.* at 7. Given the "ruling that the CRA does not require production of the SVRL" and that "no amendment in the complaint could cure the defects in the plaintiff's case," Judge Gallagher dismissed the claims with prejudice. *Id.* at 9. This brings the total to nine district courts that have dismissed the United States' complaints in these cases.

Dated: June 22, 2026

Respectfully Submitted,

**RAÚL TORREZ**
**ATTORNEY GENERAL**
**NEW MEXICO DEPARTMENT OF**
**JUSTICE**

*/s/ Olivia den Dulk*
James Grayson
Chief Deputy Attorney General
Anjana Samant
Deputy Counsel for Impact Litigation
Bailey Quinn Colfax
Olivia den Dulk
Assistant Attorneys General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
bcolfax@nmdoj.gov
odendulknmdoj.gov

*Counsel for Defendant Secretary*
*Maggie Toulouse Oliver*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/ Olivia den Dulk*

Olivia den Dulk