**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

MAGGIE TOULOUSE OLIVER, in her
Official capacity as Secretary of State of New
Mexico,

*Defendant*,

and

NEW MEXICO ALLIANCE FOR RETIRED
AMERICANS, COMMON CAUSE,
CLAUDIA MEDINA, and JUSTIN ALLEN,

*Intervenor Defendants*.

Case No. 1:25-cv-01193-JCH-JFR

**DEFENDANT NEW MEXICO SECRETARY OF STATE MAGGIE TOULOUSE
OLIVER'S AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Secretary of State Maggie Toulouse Oliver ("Defendant Oliver") hereby

submits an Amended Notice of Supplemental Authority to correct and fully attach the Exhibits

submitted.    Pursuant to D.N.M.LR-Civ. 7.8, Defendant Oliver respectfully submits as

supplemental authority two decisions in parallel litigation filed by Plaintiff United States in the

District Courts of New Hampshire and the Western District of Pennsylvania. As here, the United

States in both suits alleged a claim under Title III of the Civil Rights Act of 1960 against the State

of New Hampshire and the Commonwealth of Pennsylvania to compel protection of their

unredacted statewide voter registration lists.

1

In *United States v. Scanlan*, No. 1:25-cv-00371 (D.N.H. June 29, 2026), Judge Laplante granted Defendants' Motions to Dismiss and denied the United States' Motion to Compel. *See* Memorandum Order, attached as Ex. A, at 25. Judge Laplante concluded that the United States' Title III demand was required to have "a statement of factual basis distinct from a statement of purpose" but that the demand "contain[ed] no statement of factual basis whatsoever." *Id.* at 20; *see also* Def.'s Mot. to Dismiss, Dkt. No. 35, at 12–17 (making the same argument in this case). Judge Laplante also determined that New Hampshire's voter registration list "falls outside of the scope of documents or records covered by" the production requirements of Title III because "it does not constitute a record or paper that 'comes into [an election officer's] possession.'" Ex. A, at 14.

In *United States v. Schmidt*, No. 2:25-cv-01481 (W.D. Pa. June 27, 2026), Judge Bissoon also granted Defendants' Motions to Dismiss. *See* Memorandum and Order, attached as Ex. B, at 5. Judge Bissoon adopted the analyses of the Sixth Circuit in *U.S. v. Benson*, No. 26-1225, 2026 WL 1815425 (6th Cir. June 24, 2026), *see* Notice of Suppl. Authority Dkt. No. 111, and stated that the United States' demand does not contain "a statement of the basis and purpose therefore." Ex. B, at 3.

This brings the total to eleven federal district courts that have dismissed the United States' complaints in these cases, with one court of appeals affirming.

Dated: June 30, 2026                    Respectfully Submitted,

**RAÚL TORREZ**
**ATTORNEY GENERAL**
**NEW MEXICO DEPARTMENT OF**
**JUSTICE**

*/s/ Olivia den Dulk*
James Grayson
Chief Deputy Attorney General

2

Anjana Samant
Deputy Counsel for Impact Litigation
Bailey Quinn Colfax
Olivia den Dulk
Assistant Attorneys General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
bcolfax@nmdoj.gov
odendulknmdoj.gov

*Counsel for Defendant Secretary
Maggie Toulouse Oliver*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/ Olivia den Dulk*
Olivia den Dulk

3