**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>MAGGIE TOULOUSE OLIVER, in her Official capacity as Secretary of State of New Mexico,<br>*Defendant*,<br><br>and<br><br>NEW MEXICO ALLIANCE FOR RETIRED AMERICANS, COMMON CAUSE, CLAUDIA MEDINA, and JUSTIN ALLEN,<br><br>*Intervenor Defendants*. | Case No. 1:25-cv-01193-JCH-JFR |

**DEFENDANT NEW MEXICO SECRETARY OF STATE MAGGIE TOULOUSE OLIVER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D.N.M.LR-Civ. 7.8, Defendant Secretary of State Maggie Toulouse Oliver respectfully submits as supplemental authority an additional decision in parallel litigation filed by Plaintiff United States in the Northern District of New York. As here, the United States alleged a claim, among others, under Title III of the Civil Rights Act of 1960 against the Board of Elections of the State of New York to compel protection of its unredacted statewide voter registration list.

In *United States v. Board of Elections of the State of New York*, No. 1:25-cv-01338 (N.D.N.Y. July 10, 2026), Judge D'Agostino granted Defendants' Motions to Dismiss and denied the United States' Cross-Motion to Compel. *See* Memorandum Order, attached as Ex. A, at 31. Judge D'Agostino found that the Federal Rules of Civil Procedure supplied the standards for the

1

proceeding. Ex. A., at 16. The Court then "observe[d] . . . deficiencies in Plaintiff's demand to New York; [specifically that] Plaintiff's demand states no basis and the purported 'purpose' of 'ascertain[ing] New York's compliance with the list maintenance requirements of the NVRA and HAVA' lacks any relation to the purposes for which Title III was enacted." Ex. A, at 18. Judge D'Agostino dismissed the complaint with prejudice after concluding that "voter registration lists are not records subject to retention and preservation under § 20701." Ex. A, at 19.

This brings the total to twelve federal district courts that have dismissed the United States' complaints in these cases, with one court of appeals affirming. No court has yet ruled in the United States' favor.

Dated: July 13, 2026

Respectfully Submitted,

**RAÚL TORREZ**
**ATTORNEY GENERAL**
**NEW MEXICO DEPARTMENT OF**
**JUSTICE**

*/s/ Bailey Colfax*
James Grayson
Chief Deputy Attorney General
Anjana Samant
Deputy Counsel for Impact Litigation
Bailey Quinn Colfax
Olivia den Dulk
Assistant Attorneys General
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 490-4060
jgrayson@nmdoj.gov
asamant@nmdoj.gov
bcolfax@nmdoj.gov
odendulknmdoj.gov

*Counsel for Defendant Secretary*
*Maggie Toulouse Oliver*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system causing all counsel of record to be electronically served.

*/s/ Bailey Colfax*
Bailey Colfax