# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| MAGGIE TOULOUSE OLIVER, in her official capacity as Secretary of State of New Mexico, | |
| Defendant. | Case No. 1:25-cv-01193-JCH-JFR |

## NOTICE OF APPEAL

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Memorandum Opinion and Order granting the Motions to Dismiss by Defendant and Intervenor-Defendants and denying the United States' Motion to Compel Production of Records Demanded Pursuant to 52 U.S.C. § 20705 (ECF 119) and final judgment (ECF 120) entered in this action on July 14, 2026.

Dated: July 23, 2026

Respectfully submitted:

EMIL JOHN KIEHNE                          HARMEET K. DHILLON
First Assistant U.S. Attorney             Assistant Attorney General
District of New Mexico                    Civil Rights Division

2

2

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
JOHN CASALI
CHRISTOPHER J. GARDNER
JOSEPH W. VOILAND
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker