UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 13, 2026

Mr. Erik Paltrow
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

RE:     26-2126, United States v. Oliver
        Dist/Ag docket: 1:25-CV-01193-JCH-JFR

Dear Clerk:

Our records indicate that this court has not received a notification that the record is complete for purposes of appeal.

The district clerk is requested to transmit notice that the record is complete forthwith.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Counsel of record

CMW/klp